-1-

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO. 0:05-cv-00986-PAM-RLE**

| | |
|---|---|
| Emily Mitchell-Peterson and Chad Mitchell-Peterson, <br><br> Plaintiffs, <br> v. <br><br> Allied Data Corporation, Shay Walker, and Ashley Lars, <br><br> Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE** |

**ORDER**

Based on the above Notice of Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August __2__, 2005        s/Paul A. Magnuson
                                 HON. JUDGE PAUL A. MAGNUSON
                                 United States District Court